Filed: December 24, 2024

VERMONT SUPREME COURT
109 State Street
Montpelier VT 05609-0801
802-828-4774
www.vermontjudiciary.org



Case No. 24-AP-398

## ENTRY ORDER

DECEMBER TERM, 2024

In re Shawn T. Tao (Office of Disciplinary
Counsel*)

} Original Jurisdiction
}
} Professional Responsibility Board
} CASE NO. PRB-045-2023

In the above-entitled cause, the Clerk will enter:

Respondent is currently on interim suspension status. In October 2022, Special Disciplinary Counsel filed a petition to transfer respondent to disability inactive status. The petition was remanded to a hearing panel of the Professional Responsibility Board to consider the request. In December 2024, the panel issued its report and recommended that respondent be transferred to disability inactive status pursuant to Administrative Order 9, Rule 25(C). Upon consideration of the materials submitted, we agree with the panel and conclude that respondent is incapacitated from continuing to practice law. Pursuant to Rule 25(C), respondent is transferred to disability inactive status for an indefinite period and until further order of the Court, and any pending disciplinary proceedings against respondent will be held in abeyance.

BY THE COURT:

_____
Paul L. Reiber, Chief Justice

_____
Harold E. Eaton, Jr., Associate Justice

_____
Karen R. Carroll, Associate Justice

_____
William D. Cohen, Associate Justice

_____
Nancy J. Waples, Associate Justice